UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 0:22-cv-61471-WPD

ANDREA GRAJEDA, and all others similarly
situated pursuant to 29 U.S.C. § 216(b),

    Plaintiff(s),

    v.

VERIFIED MOVING PROS, LLC, and
DONALD LINA, individually

    Defendants
_____/

## NOTICE OF APPEARNCE OF JAKE BLUMSTEIN

    Jake Blumstein, Esquire, hereby files this Notice of Appearance on behalf of Plaintiff, **ANDREA GRAJEDA**, and respectfully requests to receive notice of any and all filings in this case as counsel of record.

    **Date: August 10, 2022**

    Respectfully Submitted,

    **JORDAN RICHARDS PLLC – USA EMPLOYMENT LAWYERS**
    1800 SE 10th Ave. Suite 205
    Fort Lauderdale, Florida 33316
    (954) 871-0050
    *Counsel for Plaintiff*

    By: */s/ Jake Blumstein*
    JORDAN RICHARDS, ESQUIRE
    Florida Bar No. 1108372
    JAKE BLUMSTEIN, ESQUIRE
    Florida Bar No. 1017746
    jordan@jordanrichardspllsc.com
    jake@jordanrichardspllc.com
    catherine@usaemploymentlawyers.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing was served by means of the Court's electronic filing system on August 10, 2022.

By: /s/ Jake Blumstein
JAKE BLUMSTEIN, ESQUIRE
Florida Bar No. 1017746

## **SERVICE LIST:**

**Defense Counsel Has Not Appeared to Date**