**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO: 0:22-cv-61471-WPD**

ANDREA GRAJEDA, on behalf of herself
and all others similarly situated,

    Plaintiff(s),
    v.

VERIFIED MOVING PROS, LLC, and
DONALD LINA, individually,

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiffs' Renewed Motion for Entry of Final Judgment (the "Motion") [DE 78]. The Court has carefully considered the Motion, notes that it is unopposed, and is otherwise fully advised in the premises.

On September 22, 2023, the Court entered an order granting summary judgment in favor of Plaintiffs Andrea Grajeda, Nicholas De Freitas, Christela Bianca Faustin, Bryan Robert, Amber Ashley Lee, and Javier Alexander Paulino-Pena (collectively, "Plaintiffs"). *See* [DE 72]. The Order stated that the Court would enter final judgment after the conclusion of a jury trial on damages for remaining Opt-In Plaintiffs Long Trang, Alexandrea Jordan, and Donovan Leonard. *See id.* On October 4, 2023, Opt-In Plaintiffs, Long Trang, Alexandrea Jordan, and Donovan Leonard, and Defendants, Verified Moving Pros, LLC and Donald Lina, filed a Joint Motion for Approval of Entry of Consent Judgment. *See* [DE 74]. On October 6, 2023, the Court entered a Consent Judgment in favor of Opt-In Plaintiffs Long Trang, Alexandrea Jordan, and Donovan Leonard. *See* [DE 75]. Plaintiffs now request a final judgment consistent with the Court's

summary judgment order. *See* [DE 78].

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 78] is **GRANTED** as follows:

1. Judgment is hereby entered in favor of Plaintiff, Andrea Grajeda, against Defendants, Verified Moving Pros, LLC and Donald Lina, joint and severally, in the amount of $2,452.80, plus statutory interest, for which let execution issue.

2. Judgment is hereby entered in favor of Opt-In Plaintiff, Bryan Robert, against Defendants, Verified Moving Pros, LLC and Donald Lina, joint and severally, in the amount of $2,087.20, plus statutory interest, for which let execution issue.

3. Judgment is hereby entered in favor of Opt-In Plaintiff, Nicholas De Freitas, against Defendants, Verified Moving Pros, LLC and Donald Lina, joint and severally, in the amount of $1,814.40, plus statutory interest, for which let execution issue.

4. Judgment is hereby entered in favor of Opt-In Plaintiff, Javier Alexander Paulino-Pena, against Defendants, Verified Moving Pros, LLC and Donald Lina, joint and severally, in the amount of $3,168.00, plus statutory interest, for which let execution issue.

5. Judgment is hereby entered in favor of Opt-In Plaintiff, Christela Bianca Faustin, against Defendants, Verified Moving Pros, LLC and Donald Lina, joint and severally, in the amount of $1,120.00, plus statutory interest, for which let execution issue.

6. Judgment is hereby entered in favor of Opt-In Plaintiff, Amber Ashley Lee,

      against Defendants, Verified Moving Pros, LLC and Donald Lina, joint and severally, in the amount of $3,168.00, plus statutory interest, for which let execution issue.

7. The Court retains jurisdiction to adjudicate the issue of attorney's fees and costs, which will be referred to the Magistrate Judge.

8. This case shall remain closed.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida, this 12th day of October, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record