**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO: 0:22-cv-61471-WPD**

ANDREA GRAJEDA, on behalf of herself
and all others similarly situated*,*

    Plaintiff(s),
    v.

VERIFIED MOVING PROS, LLC, and
DONALD LINA, individually,

    Defendants.
_____/

**ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION**
**OF MAGISTRATE JUDGE; GRANTING IN PART AND DENYING IN PART MOTION**
**FOR ATTORNEY'S FEES AND COSTS**

    THIS CAUSE is before the Court upon Plaintiffs' Verified Motion for Attorney's Fees and Costs [DE 80] (the "Motion") and the May 2, 2024 Report and Recommendation of United States Magistrate Judge Patrick M. Hunt (the "Report") [DE 85]. The Court notes that no objections to the Report [DE 85] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 85] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

    Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 85] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 85] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiffs' Verified Motion for Attorney's Fees and Costs [DE 80] is hereby **GRANTED IN PART AND DENIED IN PART**; and

3. Plaintiffs are hereby awarded attorney's fees in the amount of $87,489.75 and costs in the amount of $1,274.55.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of May, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Magistrate Judge Hunt
Counsel of Record